BENJAMIN K. LUNCH, Bar No. 246015
WAN YAN LING, Bar No. 297029
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104
Tel: (415) 677-9440
Fax: (415) 677-9445
Email: blunch@neyhartlaw.com
       wling@neyhartlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| ELECTRICAL INDUSTRY SERVICE BUREAU, INC.; NORTHERN CALIFORNIA ELECTRICAL WORKERS PENSION TRUST; SAN FRANCISCO ELECTRICAL INDUSTRY APPRENTICESHIP AND TRAINING TRUST; ELECTRICAL WORKERS HEALTH AND WELFARE TRUST; NATIONAL ELECTRIC BENEFIT FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 6 VACATION FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 6; and JOHN DOHERTY as Trustee of each of the Plaintiff Trust Funds except the National Electrical Benefit Fund and as agent for Plaintiff National Electrical Benefit Fund, <br><br> Plaintiffs, <br><br> v. <br><br> T J WARD & ASSOCIATES CONTRACTING, INC. d/b/a THE FACILITIES GROUP, a California corporation; JAMES BROWN, an individual; and DAVID FAZIO, an individual. <br><br> Defendants. | Case No. 3:14-cv-05406-VC <br><br> [PROPOSED] ORDER RE. PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE <br><br> [Local Rule 7-11] <br><br> Date:       March 10, 2015 <br> Time:       10:00 a.m. <br> Location:   450 Golden Gate Avenue <br>             San Francisco, CA 94102 <br> Courtroom:  Courtroom 4, 17th Floor <br> Judge:      Hon. Vince Chhabria |

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-1-
PROPOSED ORDER RE. PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE CMC
Case No. 3:14-cv-05406-VC

[PROPOSED] ORDER:

Having reviewed Plaintiffs' Administrative Motion to Continue the Case Management Conference and Supporting Declaration of Wan Yan Ling, and good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' request in their Administrative Motion be GRANTED and the Case Management Conference scheduled for March 10, 2015 at 10:00 am is moved to a date on or after May 1, 2015, to wit: May 5, 2015 at 10:00 a.m.

IT IS SO ORDERED.

Dated: March 9, 2015

_____
U.S. District Court Judge