Benjamin K. Lunch, State Bar No. 246015
Wan Yan Ling, State Bar No. 297029
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: blunch@neyhartlaw.com
       wling@neyhartlaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| ELECTRICAL INDUSTRY SERVICE BUREAU, INC.; NORTHERN CALIFORNIA ELECTRICAL WORKERS PENSION TRUST; SAN FRANCISCO ELECTRICAL INDUSTRY APPRENTICESHIP AND TRAINING TRUST; ELECTRICAL WORKERS HEALTH AND WELFARE TRUST; NATIONAL ELECTRIC BENEFIT FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 6 VACATION FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 6; and JOHN DOHERTY as Trustee of each of the Plaintiff Trust Funds except the National Electrical Benefit Fund and as agent for Plaintiff National Electrical Benefit Fund,<br><br>Plaintiffs,<br>v.<br><br>T J WARD & ASSOCIATES CONTRACTING, INC. d/b/a THE FACILITIES GROUP, a California corporation; JAMES BROWN, an individual; and DAVID FAZIO, an individual.<br><br>Defendants. | Case No.   3:14-cv-05406-VC<br><br>[proposed] ORDER GRANTING DEFAULT JUDGMENT AGAINST DEFENDANTS T J WARD & ASSOCIATES CONTRACTING, INC. d/b/a THE FACILITIES GROUP, JAMES BROWN, and DAVID FAZIO<br><br>[F.R.C.P. Rule 55(b)]<br><br>Date: June 4, 2015<br>Time: 10:00 a.m.<br>Judge: Hon. Vince Chhabria<br>Court: 4, 17th Floor<br>Location: 450 Golden Gate Avenue<br>       San Francisco, CA 94102 |

1  This matter came on regularly for hearing on Thursday, June 4, 2015 at 10:00 a.m., in
2  Courtroom 4 on the 17th Floor of the San Francisco Courthouse of the Northern District of
3  California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, the Honorable Vince
4  Chhabria presiding.  Plaintiffs ELECTRICAL INDUSTRY SERVICE BUREAU, INC.;
5  NORTHERN CALIFORNIA ELECTRICAL WORKERS PENSION TRUST; SAN FRANCISCO
6  ELECTRICAL INDUSTRY APPRENTICESHIP AND TRAINING TRUST; ELECTRICAL
7  WORKERS HEALTH AND WELFARE TRUST; NATIONAL ELECTRIC BENEFIT FUND;
8  INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 6 VACATION
9  FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 6; and
10 JOHN DOHERTY as Trustee of each of the Plaintiff Trust Funds except the National Electrical
11 Benefit Fund and as agent for Plaintiff National Electrical Benefit Fund (hereinafter collectively
12 referred to as the "Plaintiffs") were represented by Wan Yan Ling.  Defendants T J WARD &
13 ASSOCIATES CONTRACTING, INC. d/b/a THE FACILITIES GROUP, JAMES BROWN, and
14 DAVID FAZIO failed to appear.

15  Having considered the argument of Ms. Ling, the Notice, the Points and Authorities, the
16 submitted Declarations of Judith Fisher and Wan Yan Ling, and the entire file in this action, and
17 GOOD CAUSE APPEARING, the Court hereby ORDERS, as follows:

18  Plaintiffs' Motion for Default Judgment against Defendants is hereby GRANTED and
19 Judgment is entered against Defendants in the amount of **$79,304.22**, consisting of $49,168.47 in
20 unpaid fringe benefit contributions, $17,744.32 in liquidated damages, $1,898.63 in interest,
21 $142.80 in collection costs, and $10,350.00 in attorneys' fees and costs.

IT IS SO ORDERED.

Dated: 6/4/15

UNITED STATES DISTRICT COURT JUDGE

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-2-

PROPOSED ORDER
Case No. 3:14-cv-05406-VC